**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| QIANYUE WU, | No. 10-71423 |
| Petitioner, | Agency No. A095-649-009 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 2, 2011[**]

Before:     RYMER, IKUTA, and N.R. SMITH, Circuit Judges.

Qianyue Wu, a native and citizen of China, petitions for review of the Board

of Immigration Appeals' decision dismissing his appeal from an immigration

judge's removal order.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We

review for substantial evidence the agency's factual findings.  *Vasquez v. Holder*,

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

602 F.3d 1003, 1009 (9th Cir. 2010).  We deny in part and dismiss in part the petition for review.

Substantial evidence supports the agency's finding of marriage fraud under 8 U.S.C. § 1227(a)(1)(G) where Wu's testimony failed to show that he and his former spouse intended to establish a life together at the time they were married. *See Nakamoto v. Ashcroft*, 363 F.3d 874, 882 (9th Cir. 2004).

We lack jurisdiction to review Wu's claim for relief under 8 U.S.C. § 1227(a)(1)(H) because he failed to raise it before the agency.  *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (this court lacks jurisdiction to review contentions not raised before the agency).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**